UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
JUAN ORTEGA, Individually, and On Behalf :
of All Others Similarly Situated,        :
                                         :  Case No. 1:22-cv-00960-GHW
                     Plaintiff,          :
          vs.                            :  **STIPULATION OF DISMISSAL**
TNG WORLDWIDE, INC,                      :
                                         :
                     Defendant.          :
---------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  July 13, 2022                **MIZRAHI KROUB LLP**

                                     JOSEPH H. MIZRAHI
                                     JARRETT S. CHARO
                                     WILLIAM J. DOWNES
                                     200 Vesey Street, 24th Floor
                                     New York, NY  10281
                                     Telephone:  212/595-6200
                                     212/595-9700 (fax)
                                     jmizrahi@mizrahikroub.com
                                     jcharo@mizrahikroub.com
                                     wdownes@mizrahikroub.com

                                     *Attorneys for Plaintiff*

|  |  |
|---|---|
| DATED: July 13, 2022 | **DYKEMA GOSSETT, P.L.L.C.**<br><br>*/s/ Jill M. Wheaton*<br>_____<br><br>Jill M. Wheaton<br>2723 S. State St., Suite 400<br>Ann Arbor, MI 48104<br>(734)-214-7629<br>Fax: (734)-214-7696<br>Email: jwheaton@dykema.com<br><br>*Attorney for Defendant* |